# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

MARILYN M. CANTRELL

    v.

MICHAEL J. ASTRUE

Case Number: 10-3098-SSA-CV-S-MJW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for a proper consideration of plaintiff's claim.

ENTERED ON: November 15, 2010

                                          ANN THOMPSON
                                          Court Executive

                                          *Jackie Price*
                                          (By) Deputy Clerk